ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

SHAWN DEMETRO,

            Defendant.

NOTICE OF INTENT
TO FILE AN INFORMATION

06CRIM. 68

- - - - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          December 9, 2005

                     MICHAEL J. GARCIA
                     United States Attorney

            By: _____
                   W.S. WILSON LEUNG
                   Assistant United States Attorney

AGREED AND CONSENTED TO:

            By: _____
                   ANTHONY LOMBARDINO, ESQ.
                   Attorney for SHAWN DEMETRO

*[Stamp: JUDGE KARAS]*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/05

12/14/05    WHEEL A

TOTAL P.02