UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

    - v. -                          :     06 Cr. _____ (KMK)

SHAWN DEMETRO,                      :

        Defendant.              :

- - - - - - - - - - - - - - - - -x

**06CRIM. 68**

**JUDGE KARAS**

    SHAWN DEMETRO, the above-named defendant, who is accused of having: (1) conspired to commit mail fraud, in violation of 18 U.S.C. § 1349; (2) engaged in a scheme to commit mail fraud, in violation of 18 U.S.C. §§ 1341 and 2; (3) conspired to collect an extension of credit by extortionate means, in violation of 18 U.S.C. § 894; and (4) collecting an extension of credit by extortionate means, in violation of 18 U.S.C. §§ 894 and 2; being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated:  New York, New York
        January 19, 2006

                                            _____
                                            SHAWN DEMETRO

                                            _____
                                            ANTHONY LOMBARDINO, ESQ.
                                            Counsel for SHAWN DEMETRO

                                            _____
                                            Witness

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/19/06