

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/06

June 12, 2006

**By Hand Delivery**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Shawn Demetro
06 Cr. 68 (KMK)

Dear Judge Karas:

The Government respectfully submits this letter to request that the sentencing control date for the above-captioned defendant be adjourned. After conferring with Chambers, the Government respectfully suggests a date in December 2006, subject to the Court's schedule. The adjournment would allow the Government to take stock and advise the Court of possible developments in this matter that may be relevant to sentencing.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
W.S. Wilson Leung
Assistant United States Attorney
(212) 637-2401

Cc: Anthony Lombardino, Esq. (By facsimile)

The Sentence is adjourned until December 8, 2006 at 11AM

SO ORDERED

KENNETH M. KARAS U.S.D.J.
6/13/06