

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 11, 2006

**By Hand Delivery**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/06
```

    Re:  **United States v. Shawn Demetro**
          06 Cr. 68 (KMK)

Dear Judge Karas:

    The Government respectfully submits this letter to request that the sentencing control date for the above-captioned defendant be adjourned for approximately six months, subject to the Court's schedule. This second adjournment would allow the Government to consider possible developments in this matter that may be relevant to sentencing.

                          Respectfully submitted,

                          MICHAEL J. GARCIA
                          United States Attorney

          By:    _____
                    W.S. Wilson Leung
                    Assistant United States Attorney
                    (212) 637-2401

Cc:    Anthony Lombardino, Esq. (By facsimile)

*Sentence is adjourned until June 1, 2007, at 10:30 AM.*

*So Ordered,*

*12/12/06*

TOTAL P.02