

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 1, 2007

**By Hand Delivery**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

> Re: <u>United States</u> v. <u>Shawn Demetro</u>
> 06 Cr. 68 (KMK)

Dear Judge Karas:

    The Government respectfully submits this letter to request that the sentencing control date for the above-captioned defendant be adjourned for approximately six months, subject to the Court's schedule. This adjournment would enable the parties to prepare more fully for sentencing.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
W.S. Wilson Leung
Assistant United States Attorney
(212) 637-2401

Cc: Anthony Lombardino, Esq. (By facsimile)

*Sentence is adjourned until December 14, 2007, at 10:30AM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
6/4/07

Returned to chambers for scanning on 6/5/07 RW
Scanned by chambers on _____.