DEC-13-2007 15:27    USAO/SDNY                                    212 637 0097    P.002/002



U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

December 13, 2007

**By Facsimile**

**MEMO ENDORSED**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

    Re:   **United States v. Shawn Demetro**
           06 Cr. 68 (KMK)

Dear Judge Karas:

    The Government respectfully submits this letter to request that the December 14, 2007 sentencing control date for the above-captioned defendant be further adjourned for approximately three months, subject to the Court's schedule. This adjournment would enable the parties to prepare more fully for sentencing.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
W.S. Wilson Leung
Assistant United States Attorney
(212) 637-2401

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Cc:    Anthony Lombardino, Esq. (By facsimile)

*The new sentence date is February 27, 2008, at 10:30*

SO ORDERED
*[signature]*
KENNETH M. KARAS U.S.D.J.