*Anthony V. Lombardino*
*Attorney at Law*

(718) 849-7272
Fax: (718) 849-6930

*101-05 Lefferts Boulevard*
*Richmond Hill, New York 11419*

# MEMO ENDORSED

*Ronald Krome*
*Legal Assistant*

April 2, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

VIA FACSIMILE

The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   **United States of America v. Shawn Demetro**
           **06 Cr. 68 (KMK)**

Dear Judge Karas:

Please be advised that I represent the above named defendant who seeks your permission to travel to Linden, New Jersey with his mother Eda Demetrov on or about April 8, 2007. The reason for this trip is to accompany his mother to Rosedale Cemetery located at 355 East Linden Avenue, Linden, New Jersey 07036 so that with the defendant's assistance she can select a cemetery plot for herself.

This request on the face may appear to be unusual but his mother wants to know that her children approve of her final resting place.

The defendant seeks to travel to New Jersey between the hours of 7:00 a.m., and returning to his home in Queens County not later then 8:00 p.m., on April 8, 2008.

I have spoken to Assistant United States Attorney Avi Weilzman and he informs me that he has no objection to this application.

Respectfully submitted,

Anthony V. Lombardino

ANTHONY V. LOMBARDINO

(Grant.)
SO ORDERED
KENNETH M. KARAS U.S.D.J.

cc:   Avi Weiztman, A.U.S.A.  4/4/08