```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                          ECF CASE
                                  )
UNITED STATES OF AMERICA          )
                                  )    NOTICE OF APPEARANCE AND REQUEST
            v.                    )      FOR ELECTRONIC NOTIFICATION
                                  )             06 Cr. 68 (KMK)
SHAWN DEMETRO,                    )
                                  )
            Defendant.            )
```

TO: Clerk of Court
    United States District Court
    Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case for the United States and to add his as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                          Respectfully submitted,

                          MICHAEL J. GARCIA
                          United States Attorney for the
                          Southern District of New York


By: /s/ Avi Weitzman
    Avi Weitzman
    Assistant United States Attorney
    (212) 637-1205

TO: Anthony Lombardino, Esq. (By ECF)