*Anthony V. Lombardino*
*Attorney at Law*

(718) 849-7272
Fax: (718) 849-6930

**MEMO ENDORSED**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

101-05 Lefferts Boulevard
Richmond Hill, New York 11419

*Ronald Kromo*
*Legal Assistant*

April 17, 2008

VIA FACSIMILE

The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   **United States of America v. Shawn Demetro**
           **06 Cr. 68 (KMK)**

Dear Judge Karas:

    Please permit this communication to serve as my application wherein I am requesting that your Honor permits the defendant above named to travel with his wife and three children to the Six Flags Great Adventure amusement park located in the south of New Jersey.

    My client seeks your permission to travel with his family on Friday, June 27, 2008, starting at 8:00 a.m., and returning back to his home in New York by 10:00 p.m.

    I have spoken by telephone to Assistant United States Attorney Avi Weitzman and he indicated and expressed to me that he has no objection to the granting of this application.

Respectfully submitted,

*Anthony V. Lombardino*
**ANTHONY V. LOMBARDINO**

Granted.
So ordered. The record should note that this letter should have been dated June 17, not April 17.
/s/ MK
6/18/08

cc:  Avi Weitzman, A.U.S.A.