*Anthony V. Lombardino*
*Attorney at Law*

(718) 849-7272
Fax: (718) 849-6930

*101-05 Lefferts Boulevard*
*Richmond Hill, New York 11419*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

*Ronald Krome*
*Legal Assistant*

June 30, 2008

VIA FACSIMILE

The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    United States of America v. Shawn Demetro
            06 Cr. 68 (KMK)

Dear Judge Karas:

    Please permit this communication to serve as my application wherein I am respectfully requesting that your Honor permits the defendant above named to travel with his wife and three children, ages 5, 10 and 12 to Orlando, Florida, to vacation at Disney World. The defendant requests permission to leave New York on July 2, 2008, and returning on July 10, 2008.

    I have spoken by telephone to Assistant United States Attorney Avi Weitzman and he consents to this application.

Granted,
So Ordered.
*[signature]* 7/1/08

Respectfully submitted,

*[signature]*
ANTHONY V. LOMBARDINO

cc:    Avi Weitzman, A.U.S.A.